UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Michael Shanks,<br><br>                Plaintiff,<br>v.<br><br>Sallie Mae, Inc.; and DOES 1-10, inclusive,<br><br>                Defendants. | Civil Action No.: 1:13-cv-10282<br><br>**COMPLAINT** |

For this Complaint, the Plaintiff, Michael Shanks, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq.

2. This Court has original jurisdiction over Plaintiff's TCPA claims. *Mims v. Arrow Fin. Serv., LLC*, 132 S.Ct. 740 (2012).

3. Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

5. The Plaintiff, Michael Shanks ("Plaintiff"), is an adult individual residing in Weymuth, Massachusetts.

6. Defendant Sallie Mae, Inc. ("Sallie"), is a Virginia business entity with an address of 12061 Bluemont Way, Reston, Virginia 20190.

7. Does 1-10 (the "Agents") are individual agents employed by Sallie and whose identities are currently unknown to the Plaintiff. One or more of the Agents may be joined as parties once their identities are disclosed through discovery.

8. Sallie at all times acted by and through one or more of the Agents.

## ALLEGATIONS APPLICABLE TO ALL COUNTS

### A. Defendants' Abusive Behavior

9. On or around late-December 2012, Defendants began calling Plaintiff's cellular phone for the purpose of collecting on a student loan.

10. Defendants contacted Plaintiff's cellular telephone number, [xxx-xxx-4506], using an automated telephone dialer system with an artificial or prerecorded voice (hereafter "Robocalls").

11. Plaintiff has never provided Defendants with such cellular telephone number.

12. Plaintiff instructed Defendants on approximately three separate times to cease calls to his cellular telephone, thereby revoking his consent to receive Defendants' Robocalls.

13. Nevertheless, Defendants continued to place daily Robocalls to Plaintiff's cellular telephone, up to five (5) times per day.

## COUNT II
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, et seq.

14. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

15. Without prior consent the Defendants contacted the Plaintiff by means of automatic telephone calls or prerecorded messages at a cellular telephone in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

16. The foregoing acts and omissions of the Defendants constitute numerous and multiple violations of the Telephone Consumer Protection Act, including every one of the above-cited provisions.

17. The Plaintiff is entitled to damages as a result of the Defendants' violations.

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff prays that judgment be entered against Defendants:

1. Statutory damages for each violation pursuant to 47 U.S.C. § 227(b)(3)(B) & (C); and

2. Such other and further relief as may be just and proper.

## TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: February 14, 2013

Respectfully submitted,

By  */s/ Sergei Lemberg*

Sergei Lemberg (BBO# 650671)
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Attorneys for Plaintiff