# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **Michael Shanks** | **Civil Action**<br>**No: 13cv10282-WGY** |
| **Plaintiff** |  |
| v. |  |
| **Sallie Mae, Inc.**<br>**Defendant** |  |

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

      The Court having been advised on March 28, 2013 that the above-entitled action has been settled:

      IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

/s/Matthew A. Paine

**Deputy Clerk**

May 29, 2013

**To: All Counsel**